11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Reza Azimpoor
d/b/a Metro Enterprises

Appellant

Vs.                   No.
11-02-00016-CV B
Appeal from Harris County

Mary Collins and
Mac House, Inc.

Appellees

 

Appellant
filed a notice of appeal but failed to pay the required filing fee.  On April 11, 2002, this court ordered
appellant to pay the $125 filing fee on or before May 17, 2002, and informed
appellant that failure to do so could result in the dismissal of the
appeal.  Appellant has not responded to the
order.

The
appeal is dismissed.  TEX.R.APP.P.
42.3(c). 

 

PER CURIAM 

 

May 23, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.